O

FILED
CLERK, U.S. DISTRICT COURT

MAR - 9 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASSER CASTELLANOS RODRIGUEZ,<br><br>             Petitioner,<br><br>     vs.<br><br>SUZANNE PEERY, Warden,<br><br>             Respondent. | Case No. SACV 15-00456-VAP (KES)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation were filed. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition and entire action with prejudice.

DATED: March 4, 2016

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

1