JS-6



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASSER CASTELLANOS RODRIGUEZ,<br><br>　　　　　　Petitioner,<br><br>　vs.<br><br>SUZANNE PEERY, Warden,<br><br>　　　　　　Respondent. | Case No. SACV 15-00456-VAP (KES)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the Petition is denied and entire action is dismissed with prejudice.

DATED: March 4, 2016

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

1